MICHAEL J. HEYMAN
United States Attorney

JACK S. SCHMIDT
STEPHEN M. SPEER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
709 W. 9th Street, Room 937
P.O. Box 21627
Juneau, AK 99802
Phone: (907) 796-0409
Email: jack.schmidt@usdoj.gov
Stephen.M.Speer@uscg.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case: 1:26-cr-00006-ACP-MMS |
|---|---|
| Plaintiff, | COUNT 1 |
| vs. | OBSTRUCTION OF NAVIGABLE WATERS BY SINKING A VESSEL |
| JOHN FISHER, | Vio. of 33 U.S.C. § 409 and 411 |
| Defendant. | |

**INFORMATION**

The United States Attorney charges:

COUNT 1

1. On or about March 8, 2025, in the District of Alaska, the defendant, JOHN FISHER, did permit and cause to be sunk, a vessel, namely fishing vessel IGLOO, into Sitka Sound, a navigable water of the United States.

In violation of Title 33, United States Code, Sections 409 and 411.

RESPECTFULLY SUBMITTED February 20, 2026 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

s/ Jack S. Schmidt
JACK S. SCHMIDT
Assistant United States Attorney
United States of America